## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards, Com**

    **Plaintiff,**

v.                                                                                          Case No: 5:21-mc-4-JSM-PRL

**TODD DISNER, TRUDY GILMOND, TRUDY GILMOND, LLC, JERRY NAPIER, DARREN MILLER, RHONDA GATES, DAVID SORRELLS, INNOVATION MARKETING, LLC, AARON ANDREWS, SHARA ANDREWS, GLOBAL INTERNET FORMULA, INC., T. LEMONT SILVER, KAREN SILVER, MICHAEL VAN LEEUWEN, DURANT BROCKETT, DAVID KETTNER, MARY KETTNER, P.A.W.S. CAPITAL MANAGEMENT LLC, LORI JEAN WEBER and CASEY DELOACH,**

    **Defendants.**

### ORDER

This matter is before the Court on the motion of Kenneth Bell ("Judgment Creditor") for issuance of a writ of garnishment as to JP Morgan Chase Bank, N.A. ("Garnishee"). (Doc. 3).

On August 14, 2017, the United States District Court for the Western District of North Carolina, Charlotte Division, entered a Final Judgment in favor of Plaintiff and against each individual member of a Defendant Class, including Defendant Casey Deloach. (Doc. 1).

- 2 -

Previously, the Judgment Creditor registered the judgment with this Court. (Doc. 1). Judgment Creditor states that the judgment remains unsatisfied. Now, Judgment Creditor moves for a writ of garnishment and suggests that Garnishee may be indebted to, or have tangible or intangible personal property of the Judgment Debtor in its hands, possession, or control.

Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Judgment Creditor's motion for issuance of writ of garnishment (Doc. 3) is **GRANTED**, and the Clerk is directed to issue the Writ of Garnishment (including the Notice and Claim of Exemption) attached to the motion. (Doc. 3-1). Judgment Creditor must fully comply with all notice requirements of § 77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on August 13, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties